IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendant. | CV-18-56-BU-BMM-JCL<br><br><br>ORDER |

The parties having jointly moved to vacate the scheduling order,

IT IS HEREBY ORDERED:

1. The current scheduling order is vacated;

2. Defendant shall file its Motion to Compel on or before June 13, 2019; Plaintiffs shall file their response brief on or before June 20, 2019; and, Defendant shall file their optional reply brief on or before June 27, 2019.

2760247                                                                                                  1

After the Court issues its Order on Defendant's Motion to Compel, the Court will set a status conference.

DATED this 4th day of June, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge