# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendants. | CV 18-56-BU-BMM-JTJ<br><br>**ORDER** |

Defendant PacificSource Health Plans (PacificSource) has moved to reset the motion hearing currently scheduled for September 11, 2019. Plaintiffs do not oppose the motion.

IT IS HEREBY ORDERED:

1. PacificSource's Motion to Reset Hearing (Doc. 52) is GRANTED.

2. The hearing on PacificSource's Motion to Compel is RESET for 3:00 p.m. on October 1, 2019, at the Missouri River Courthouse in Great Falls,

Montana.

DATED this 4th day of September, 2019.

John Johnston
United States Magistrate Judge