# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V, <br><br> Defendant. | CV 18-56-BU-BMM-JTJ <br><br> **ORDER** |

The Court conducted a hearing on Defendant's Motion to Compel Discovery Responses on October 1, 2019. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendant's Motion to Compel Discovery Responses (Doc. 40) is GRANTED in part, DENIED in part, and WITHDRAWN in part, as follows:

   a. Plaintiffs must provide the information requested in Defendant's Interrogatories 1 and 2 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must provide the information requested in

Defendant's Interrogatories 1, 2 and 3 to David Cohenour, for the time period from July 11, 2010 to the present.

  b. Plaintiffs must produce the documents and communications requested in Defendant's Requests for Production 1, 2 and 3 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must produce the documents and communications requested in Defendant's Requests for Production 1 and 3 to David Cohenour, for the time period from July 11, 2010 to the present.

  c. Plaintiffs must provide the information requested in Defendant's Interrogatories 3 and 5 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, for the time period from July 11, 2007 to the present.

  d. Plaintiffs must produce the documents and communications requested in Defendant's Requests for Production 4 and 7 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, for the time period from July 11, 2007 to the present.

  e. Plaintiffs must produce the communications requested in Defendant's Request for Production 13 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must produce the communications requested in Defendant's Request for Production 3 to David Cohenour, for the time period from July 11, 2010 to the present.

f. Defendant's motion to compel is DENIED with respect to the documents requested in Defendant's Request for Production 14 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour.

g. Plaintiffs must produce the documents requested in Defendant's Request for Production 15 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must produce the documents requested in Defendant's Request for Production 4 to David Cohenour.

h. Plaintiffs must provide the information requested in Defendant's Interrogatory 4 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, for the time period from July 11, 2010 to the present.

i. Plaintiffs must produce the documents and communications requested in Defendant's Requests for Production 5 and 6 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, for the time period from July 11, 2010 to the present.

j. Plaintiffs must provide the information requested in Defendant's Interrogatory 6 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, for the time period from July 11, 2010 to the present.

k. Plaintiffs must produce the documents and communications requested in Defendant's Requests for Production 18 and 19 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must produce the documents and communications requested in Defendant's Request for Production 6 to David Cohenour, for the time period from July 11, 2010 to the present.

l. Plaintiffs must produce the communications requested in Defendant's Requests for Production 12 and 20-26 to Heidi Hart, Hunter Hart, Coy Cohenour and Montana Cohenour, and Plaintiffs must produce the communications requested in Defendant's Requests for Production 8-10 and 20-27 to David Cohenour, for the time period from July 11, 2010 to the present.

m. Defendant has WITHDRAWN the portion of its motion to compel that relates to Interrogatory 15 to Heidi Hart, Hunter Hart, Coy Cohenour, and Defendant has WITHDRAWN the portion of its motion to compel that relates to Interrogatory 9 to David Cohenour.

n. Defendant has WITHDRAWN the portion of its motion to compel that relates to Request for Production 32 to Heidi Hart, Hunter Hart, Coy Cohenour, and Defendant has WITHDRAWN the portion of its motion to compel that relates to Request for Production 17 to David Cohenour.

o.  Defendant has WITHDRAWN the portion of its motion to compel that requests attorneys' fees and costs.

IT IS FURTHER ORDERED:

The parties shall submit a joint discovery plan to the Court on or before October 18, 2019, that sets forth the parties' proposed deadlines for the disclosure of experts, the completion of discovery, and the submission of pretrial motions. Upon receipt of the parties' joint discovery plan, the Court will schedule a telephonic status conference for the purpose of setting a trial date.

DATED this 2nd day of October, 2019.

John Johnston
United States Magistrate Judge