IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendant. | CV-18-56-BU-       -JTJ<br><br><br>ORDER APPOINTING<br>TEMPORARY CONSERVATOR |

UPON HEARING, the Court finds that a qualified person has petitioned for the appointment of temporary conservatorship for Montana Cohenour (the protected persons); the venue is proper; the required notices have been given or waived; the above minor child has assets requiring protected proceedings; the above minor child is a person for whom appointment of a temporary

1

conservatorship is proper; and the appointment of a temporary conservator will be in the best interests of the protected child.

THE COURT HEREBY appoints Heidi Hart, 600 Little Bear Road, Gallatin Gateway, Montana 59730, as Conservator of the estate and affairs of the minor child, Montana Cohenour, with full powers, rights and duties of conservator as set forth in Montana Code Annotated §§ 72-5-427 and 72-5-428, and directs issuance of Letters of Temporary Conservatorship to said Conservator.

THE COURT FURTHER ORDERS:

Heidi Hart may not use any of the property or other assets of the protected person for her own personal benefit;

Heidi Hart must direct any benefit derived from this appointment to the protected persons;

Heidi Hart must avoid conflicts of interest and must use ordinary skill and prudence in carrying out the duties of this appointment; and,

Heidi Hart is to provide an accounting for Montana Cohenour to this Court every six months from the date of this Order going forward until Montana Cohenour reaches the age of 18. Said accountings shall be filed under seal.

DATED this 26th day of January, 2021.

_____
John Johnston
United States Magistrate Judge

2