IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendant. | CV 18-56-BU-JTJ<br><br>**ORDER** |

Plaintiff Heidi Hart (Hart) is a natural parent and the temporary conservator of the minor child Montana Cohenour. The Court appointed Hart as Montana Cohenour's temporary conservator pursuant to Fed. R. Civ. P. 17(c)(2) on January 26, 2021. (Doc. 98).

Presently before the Court is Hart's unopposed Petition for an order approving the settlement of the claims asserted by Montana Cohenour in this case. The Court conducted a hearing on the Petition on January 26, 2021. Hart testified in support of the Petition. The Court finds the settlement in this case to be in the best interests of Montana Cohenour.

Accordingly, IT IS HEREBY ORDERED:

1. Hart's Unopposed Petition for Order Approving and Authorizing the Compromise of the Minor Child's Claims (Doc. 68) is GRANTED.

2. The Court authorizes and ratifies the settlement of Montana Couhenour's claims in this case for the amount described in the brief submitted in support of the Petition. (*See* Doc. 90 at 5).

3. Hart is authorized to execute a full and final settlement agreement and release that releases Defendant PacificSource Health Plans, and all other persons, firms, and corporations from all damages arising out of the claims asserted by Montana Cohenour in this case.

DATED this 27th day of January, 2021.

John Johnston
United States Magistrate Judge