# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendant. | CV 18-56-BU-JTJ<br><br>**ORDER** |

The Court having been informed that this case has been fully and finally settled on its merits (Doc. 94),

IT IS HEREBY ORDERED:

This case is DISMISSED with prejudice.

DATED this 27th day of January, 2021.

*John Johnston*
United States Magistrate Judge