IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| HUNTER HART, COY COHENOUR (through his parents), MONTANA COHENOUR (through his parents), DAVID COHENOUR, as parent and individually, and HEIDI HART, as parent and individually,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, a health insurance service corporation, and JOHN DOES I-V,<br><br>Defendant. | CV-18-56-BU-BMM-JTJ<br><br><br><br>ORDER APPROVING CONSERVATOR'S ACCOUNTING |

On July 9, 2021, Heidi Hart, Conservator for her minor child, Montana Cohenour filed her semi-annual accounting report under seal.

IT IS HEREBY ORDERED:

1. The semi-annual accounting report, filed under seal on July 9, 2021, is approved;

2. The Conservator shall file the next accounting report six months from the

date of this Order. Said accounting report shall be filed under seal.

DATED this __13th__ day of __July_____, 2021.

_____
John Johnston
United States Magistrate Judge